

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Raymond Doyle Gilbert, Appellant

No. 06-19-00069-CR      v.

The State of Texas, Appellee

Appeal from the 392nd District Court of Henderson County, Texas (Tr. Ct. No. CR17-0194-392). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order to pay attorney fees from the judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Raymond Doyle Gilbert, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk